**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT COURT OF CONNECTICUT**

SPOKEO, INC., et al.,

Plaintiffs,

v.

WILLIAM M. TONG, in his official capacity as Attorney General of the State of Connecticut

Defendant.

Civil No. 26-1510

September 18, 2026

## MOTION FOR PRELIMINARY INJUNCTION

Under Federal Rule of Civil Procedure 65(a), Plaintiffs Spokeo, Inc.; The Lifetime Value Co. LLC; BeenVerified, LLC; PeopleLooker, LLC; PeopleSmart, LLC; NeighborWho, LLC; MoneyBot5000, LLC, ReversePhone, LLC; The NumberGuru, LLC; Internet Utility Group, LLC; Truthfinder, LLC; Instant Checkmate, LLC; Intelius, LLC; and The Control Group Media Company, LLC (collectively "Plaintiffs") hereby move for a preliminary injunction against William Tong, in his official capacity as Attorney General of the State of Connecticut, to prohibit enforcement of Connecticut Act 26-64 Sections 13(a)(3)(B) and (a)(3)(C), which concern a "right" to "delete" "publicly available information that is collated and combined to create a consumer profile" or "offered for sale," and "inferences" derived from that information. Plaintiffs' arguments in support of this motion are fully set forth in the attached memorandum of law and supporting declarations.

**ORAL ARGUMENT REQUESTED**

Dated: September 18, 2026

Respectfully submitted,

LATHAM & WATKINS LLP

/s/ Allison M. Gorsuch
Allison M. Gorsuch (CT 437216)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel.: (312) 876-7700
Fax: (312) 993-9767
Email: allison.gorsuch@lw.com

Samir Deger-Sen (*pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Tel.: (212) 906-1200
Fax: (212) 751-4864
Email: samir.deger-sen@lw.com

Margaret A. Upshaw (*pro hac vice*)
Ruth Hirsch (*pro hac vice*)
Christina R. Gay (*pro hac vice*)
Derek K. Choi (*pro hac vice*)
555 11th Street, NW, Suite 1000
Washington, D.C. 20004
Tel.: (202) 637-2200
Fax: (202) 637-2201
Email: maggie.upshaw@lw.com
ruth.hirsch@lw.com
christina.gay@lw.com
derek.choi@lw.com

MAYER BROWN LLP

Andrew J. Pincus (*pro hac vice* forthcoming)
1999 K Street, NW
Washington, DC 20006
Tel.: (202) 263-3000
Fax: (202) 263-5220
Email: APincus@mayerbrown.com

John Nadolenco (*pro hac vice* forthcoming)
Daniel D. Queen (*pro hac vice* forthcoming)
333 S. Grand Ave., 47th Floor
Los Angeles, CA 90071

**ORAL ARGUMENT REQUESTED**

Tel.: (213) 229-9500
Fax: (213) 625-0248
Email: JNadolenco@mayerbrown.com
DQueen@mayerbrown.com

*Attorneys for Plaintiffs Spokeo, Inc., et al.*

**ORAL ARGUMENT REQUESTED**